# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DEDRICK LAPEYROUSE, KIRSTEN
SHACKELFORD AND GERRIN
LAPEYROUSE, INDIVIDUALLY AND
ON BEHALF OF THEIR DECEASED
MOTHER, RHONDA DORE

VERSUS

SOUTH LOUISIANA MEDICAL
ASSOCIATES, PC

NO.  2022 CW 0533

**AUGUST 12, 2022**

---

In Re:   South Louisiana Medical Associates, PC, applying for
         supervisory writs, 32nd Judicial District Court,
         Parish of Terrebonne, No. 181163.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DISMISSED.** Relator has filed an unopposed motion to withdraw the writ application, advising the court that the parties have agreed to an amicable resolution of this matter. Accordingly, we dismiss the writ application.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT